UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DERRICK ESTES                                                        CIVIL ACTION

VERSUS                                                                    NO. 06-1422

JUDGE MELVIN C. ZENO, ET AL.                              SECTION: "I"(1)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Derrick Estes, which is hereby **OVERRULED**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint filed pursuant to 42 U.S.C. § 1983 be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this    17th    day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE